884

DOUGLAS would therefore grant certiorari and summarily reverse the judgment.

No. 73–1256. CONNELL CONSTRUCTION CO., INC. v. PLUMBERS & STEAMFITTERS LOCAL UNION No. 100, UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL–CIO, 421 U. S. 616;

No. 74–124. BLUE CHIP STAMPS ET AL. v. MANOR DRUG STORES, 421 U. S. 723;

No. 74–157. UNITED HOUSING FOUNDATION, INC., ET AL. v. FORMAN ET AL., 421 U. S. 837;

No. 74–647. NEW YORK ET AL. v. FORMAN ET AL., 421 U. S. 837;

No. 74–1019. GARGOTTO v. UNITED STATES, 421 U. S. 987;

No. 74–1144. LAWRENCE ET AL. v. SOUTH CAROLINA, 422 U. S. 1025;

No. 74–1170. AUSTIN ET AL. v. UNITED STATES ET AL., 422 U. S. 1042;

No. 74–1276. COTTEN v. SCHLESINGER, SECRETARY OF DEFENSE, 422 U. S. 1027;

No. 74–1293. CITY OF BLACK JACK, MISSOURI v. UNITED STATES, 422 U. S. 1042;

No. 74–1310. EDWARDS UNDERGROUND WATER DISTRICT ET AL. v. HILLS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL., 422 U. S. 1049;

No. 74–1326. INDIANA HARBOR BELT RAILROAD CO. v. UNITED STATES ET AL., 422 U. S. 1042;

No. 74–6162. WHITE v. DALTON, U. S. DISTRICT JUDGE, 422 U. S. 1043; and

No. 74–6231. KLEIN v. IMMIGRATION AND NATURALIZATION SERVICE, 422 U. S. 1048. Petitions for rehearing denied.